# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Gaileen M. Atchison,<br>　　　　　Plaintiff,<br><br>v.<br><br><br><br><br>Experian Information Solutions, Inc.; and<br>DOES 1 through 100 inclusive,<br><br>　　　　　Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 5:23-cv-00466<br><br><br>NOTICE OF INTENT TO SETTLE<br>BETWEEN PLAINTIFF AND<br>EXPERIAN INFORMATION<br>SOLUTIONS, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** Plaintiff Gaileen M. Atchison and Defendant Experian Information Solutions, Inc., have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. Plaintiff anticipates filing a dismissal of Experian Information Solutions, Inc. within 90 days once the settlement is finalized.

　　　　　　　　　　　　　　　　　　　　SCHUMACHER LANE PLLC

Dated: June 8, 2023　　　　By:　*/s/ Kyle Schumacher*
　　　　　　　　　　　　　　　　　Kyle Schumacher
　　　　　　　　　　　　　　　　　kyle@schumacherlane.com
　　　　　　　　　　　　　　　　　P.O. Box 558
　　　　　　　　　　　　　　　　　Spring Branch, TX 78070
　　　　　　　　　　　　　　　　　503-482-8137 ph
　　　　　　　　　　　　　　　　　210-783-1383 fax
　　　　　　　　　　　　　　　　　Attorneys for Plaintiff