**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| GAILEEN M. ATCHISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-23-CA-466-FB |
| | ) | |
| EXPERIAN INFORMATION | ) | |
| SOLUTIONS, INC., and DOES | ) | |
| 1 THROUGH 100, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER OF STAY AND ADMINISTRATIVE CLOSURE**

Before the Court is Plaintiff's Notice of Intent to Settle Between Plaintiff and Experian Information Solutions, Inc. (Docket no. 5). After careful consideration, the Court is of the opinion that this case should be stayed pending the submission of the stipulation of dismissal and any appropriate settlement documents. The Court additionally finds that this case is appropriate for administrative closure. *See Mire v. Full Spectrum Lending, Inc.,* 389 F.3d 163, 167 (5th Cir. 2014) ("District courts frequently make use of this device to remove from their pending cases suits which are temporarily active elsewhere (such as before an arbitration panel) or stayed (such as where a bankruptcy is pending). The effect of an administrative closure is no different from a simple stay . . . .").

It is therefore ORDERED that:

1) The parties shall submit their stipulation of dismissal and any appropriate supporting documents on or before **September 8, 2023**. <u>Any such dismissal should also include the Doe Defendants unless Plaintiff intends to pursue such claims.</u> Should the parties be unable to submit those documents by that date, the parties should confer and move for an extension of time to file the documents. Otherwise, the Court may dismiss this case for failure to diligently prosecute and/or follow a Court order. Fed. R. Civ. P. 16(f), 41(b).

2) Pretrial deadlines, if any, are hereby STAYED. If the parties fail to meet the above deadline, or are unable to finalize their settlement, the Court will set new deadlines accelerated to account for the delay.

3) Motions pending in this action, if any, are DENIED, subject to reurging should the parties be unable to finalize their settlement of the case.

IT IS FURTHER ORDERED that the Clerk's office is DIRECTED to administratively close this case pending further order of the Court. Though administratively closed, this case will still exist on the docket of this Court and may be reopened upon request or on the Court's own motion. Parties may continue to file motions and documents in the case.

It is so ORDERED.

SIGNED this 9th day of June, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE