IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| GAILEEN M. ATCHISON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | )   CIVIL ACTION NO. SA-23-CA-466-FB |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, INC., and DOES 1 THROUGH 100, | ) |
| | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE AND JUDGMENT

Before the Court are Plaintiff's Notice(s) of Voluntary Dismissal. (Docket nos. 7 & 8). This case was stayed and administratively closed on June 9, 2023. (Docket no. 6). Plaintiff's now stipulates pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) that the above entitled action against all Defendants is voluntarily dismissed with prejudice. These stipulations are made before Defendants served either an answer or a motion for summary judgment.

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that the Order of Administrative Closure (contained within docket no. 6) is LIFTED for the limited purpose of REOPENING this case so that this Order of Dismissal With Prejudice and Judgment can be entered.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Plaintiff's Notice(s) of Voluntary Dismissal (docket nos. 7 & 8) and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the above styled and numbered cause is DISMISSED WITH PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 29th day of August, 2023.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE